UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEFF MICHAEL GAUDET and MICHELLE PAILLE GAUDET,** <br> Plaintiffs. <br><br> versus <br><br> **GE INDUSTRIAL SERVICES, et al** <br> Defendants. | **CIVIL ACTION** <br><br> **CASE NO. 2:15-cv-00795** <br><br> **DIV. "J" (Barbier)** <br><br> **MAG. "5" (North)** <br><br> **JURY DEMAND** |

### MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF DEFENSE EXPERTS RICHARD BARATTA AND FREDERICK M. BROOKS

Jeff Michael Gaudet and Michelle Paille Gaudet, plaintiffs, through undersigned counsel, move this Honorable Court *in limine* to exclude the testimony of defendants' biomechanical expert, Dr. Richard Baratta, and their engineering/design expert, Frederick M. Brooks, and in support thereof plaintiffs state as follows:

Defendants, Circuit Breaker Sales Company, Inc. ("CBS") and Circuit Breaker Sales & Repair, Inc. ("CBSR") (collectively, "Circuit Breaker Defendants" or "Defendants"), have designated Dr. Richard Baratta as their biomechanical expert and Rick Brooks as their electrical engineering expert. Defendants have provided their *curricula vitae* and expert reports, and they have deposed. Based on the information obtained from each of these experts it is clear that they do not meet the threshold requirements under *Daubert* to testify at trial. See *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S.Ct. 2786, 15 L.Ed.2d 469 (1993), and *Kuhmo Tire Co., Ltd. v. Carmichael*, 526 U.S. 137, 119 S. Ct. 1167, 143 L. Ed. 2d 238 (U.S.). Accordingly, plaintiffs pray that after considering the arguments presented in the accompanying

1

memorandum in support, this Court strike them as expert witnesses and preclude them from testifying at trial.

   **WHEREFORE,** Jeff Michael Gaudet and Michelle Paille Gaudet, plaintiffs, pray that after due proceedings, this Court grant their motion and afford them the relief requested.

               Respectfully submitted:

               JOHN RANDALL WHALEY (#25930)
               3112 Valley Creek Drive, Suite D
               Baton Rouge, LA 70808
               Telephone: 225.302.8810
               Facsimile: 225.302.8814
               jrwhaley@whaleylaw.com

               Pittenger Law Firm
               Thomas R. Pittenger (#21819)
               3112 Valley Creek Dr. Suite D
               Baton Rouge, LA 70808
               tommy@tommypittenger.com
               Telephone: (225) 930-4901

               LOEB LAW FIRM

               _____
               J. Scott Loeb (#25771)
               Lauren F. Bartlett (#28311)
               1180 West Causeway Approach
               Mandeville, Louisiana  70471
               Tel.:  (985) 778-0220
               Fax:   (985) 246-5639
               Email: sloeb@loeb-law.com
                  lbartlett@loeb-law.com

               *Attorneys for Jeff Michael Gaudet and*
               *Michelle Paille Gaudet, plaintiffs*

**CERTIFICATE OF SERVICE**

    I do hereby certify that this 3rd day of May, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, if they are subscribed, will send a notice of electronic filing to all counsel of record. I further certify that I have also served all counsel of record with a copy of the foregoing via email.

_____/s/_____