UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEFF MICHAEL GAUDET and MICHELLE PAILLE GAUDET,**  Plaintiffs. | **CIVIL ACTION**  **CASE NO. 2:15-cv-00795** |
| **versus** | **DIV. "J" (Barbier)** |
| **GE INDUSTRIAL SERVICES, et al**  Defendants. | **MAG. "5" (North)**  **JURY DEMAND** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT plaintiffs, Jeff M. Gaudet and Michelle P. Gaudet, *Motion in Limine to Exclude Testimony of Defense Experts Richard Baratta and Frederic M. Brooks* will be deemed submitted for decision on the 18th day of May, 2016, at 9:30 a.m., before the Honorable Carl J. Barbier, Section J, for the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

    Respectfully submitted:

    JOHN RANDALL WHALEY (#25930)
    3112 Valley Creek Drive, Suite D
    Baton Rouge, LA 70808
    Telephone: 225.302.8810
    Facsimile: 225.302.8814
    jrwhaley@whaleylaw.com


    Pittenger Law Firm
    Thomas R. Pittenger (#21819)
    3112 Valley Creek Dr. Suite D
    Baton Rouge, LA 70808
    tommy@tommypittenger.com
    Telephone: (225) 930-4901

        LOEB LAW FIRM

        _____
        J. Scott Loeb (#25771)
        Lauren F. Bartlett (#28311)
        1180 West Causeway Approach
        Mandeville, Louisiana 70471
        Tel.: (985) 778-0220
        Fax: (985) 246-5639
        Email: sloeb@loeb-law.com
              lbartlett@loeb-law.com

        ***Attorneys for Jeff Michael Gaudet and Michelle Paille Gaudet, plaintiffs***

## CERTIFICATE OF SERVICE

I do hereby certify that this 3rd day of May, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, if they are subscribed, will send a notice of electronic filing to all counsel of record. I further certify that I have also served all counsel of record with a copy of the foregoing via email.

_____