## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEFF MICHAEL GAUDET and MICHELLE PAILLE GAUDET** | **CIVIL ACTION NO. 2:15-cv-00795** |
| **VERSUS** | **SECTION "J", MAGISTRATE (5)** |
| **GE INDUSTRIAL SERVICES and CIRCUIT BREAKER SALES, LLC** | **JUDGE CARL J. BARBIER** |
| | **MAGISTRATE JUDGE MICHAEL E. NORTH** |

### RESPONSES/ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

NOW COMES, defendant, Circuit Breaker Sales, Inc. (hereinafter "CBS Inc.") who for response to the Interrogatories of plaintiffs, Jeff Michael Gaudet and Michelle Paille Gaudet (hereinafter "plaintiffs") avers as follows:

### GENERAL OBJECTIONS

I. Defendant objects to these discovery requests to the extent that they are vague, overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.

II. Defendant objects to these discovery requests to the extent they call for a legal opinion and/or require the formation of a legal opinion.

III. Defendant objects to these discovery requests to the extent they call for an expert opinion and/or require the formation of an expert opinion.

IV. Defendant does not waive any objection, on any ground, whether or not asserted, to the use of its discovery responses at trial.

V. Defendant reserves the right to revise, correct, add to, supplement, amend, and/or clarify any of its responses at any time.

VI. Defendant objects to these discovery requests to the extent they seek documents or information protected by the attorney work-product doctrine and/or documents or information protected by attorney-client privilege. Subject to this objection, any production of any protected/privileged document or information shall not be construed as a waiver of said protection or privilege.



EXHIBIT C

    c.    Unknown.

    d.    Please refer to the job folder attached hereto and in Response to Requests for Production of Documents.

    e.    International Electrical Testing Association (NETA) testing was performed on the equipment and the test results were provided. The customer may have visited the CBS Inc. facility to witness the testing, but this is not confirmed at this time.

    f.    It was invoiced on April 28, 2000.

    g.    It was sold to Circuit Breaker Sales and Repair, Inc.

**INTERROGATORY NO. 5:**

Identify each and every person involved in refurbishing the subject switchgear from the time CBS acquired it until the time it was sold. Include in your response each person involved in the testing, design, relabeling, rebuilding, remanufacturing and repair process.

**ANSWER TO INTERROGATORY NO. 5:**

Objection, overly broad, unduly burdensome and vague. Without waiving said objections and based on the information presently known, the following is a list of those who are believed to have been involved:

This was a medium voltage piece of switchgear, so it would have involved CBS Inc.'s medium voltage and switchgear departments. CBS Inc. does not have specific records on who did what, when and where, but individuals that would have been involved likely include:

    1.    Sam Endres (vice-president of production)

    2.    Johnny McClinton (switchgear department head)

      3.      Glenn Hellinger (medium voltage department head, deceased)

      4.      Chet Hough (draftsman and nameplates)

      5.      Troy Yosten (quality control technician and test technician)

**INTERROGATORY NO. 6:**

Describe the types of warranties CBS offers for its refurbished products, and include in your response whether you had any warranty issues involving the specific switchgear involved in this case. If so, describe each such warranty issue, including

a. the individuals involved;
b. what the warranty issue was; and
c. how it was resolved.

**ANSWER TO INTERROGATORY NO. 6:**

Objection, overly broad, unduly burdensome and vague. Without waiving said objections, typically equipment comes with a twelve (12) month limited warranty after shipment. CBS Inc. is not aware of any warranty claims made in relation to this equipment.

**INTERROGATORY NO. 7:**

State whether or not you have had any formal or internal complaints filed involving defective or substandard workmanship issues with your refurbished products. If so, for each complaint, provide the following:

a. Whether the complaint was an internal matter or was referred to an outside panel for dispute resolution (i.e. arbitration, binding mediation, civil proceeding, administrative review, etc.)
b. The nature of the complaint;
c. Where it was filed;
d. The attorneys involved (if applicable);
e. The caption and case number (if applicable); and
f. How the matter resolved.

5

Respectfully submitted,

*[signature]*

PATRICK E. COSTELLO (#26619)
MARK E. HANNA (#19336)
TREVOR M. CUTAIAR (#33082)
MOULEDOUX, BLAND, LEGRAND
    & BRACKETT LLC
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Telephone:  (504) 595-3000
Facsimile:  (504) 522-2121
E-mail:  pcostello@mblb.com
      mhanna@mblb.com
      tcutaiar@mblb.com

*Attorneys for Circuit Breaker Sales Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served on all parties by U.S. First Class Mail with proper postage, by email, by hand delivery or by facsimile on the 14th day of August, 2015.

*[signature]*

15

## VERIFICATION

STATE OF TEXAS

COUNTY OF DALLAS

I have read and given thoughtful consideration to each interrogatory and request for production and I have provided all information and/or documentation responsive to each request that is known to me or in my possession to my attorney of record;

I have met and conferred with my attorney of record regarding these responses to interrogatories and requests for production to ensure that all information responsive to each request has been disclosed fully, completely and accurately; and

I have read each answer to these Interrogatories and each response to these Requests for Production and I hereby certify that the information contained herein is based on personal knowledge or information obtained from those with personal knowledge and is true, accurate, correct and complete to the best of my knowledge.

Name:  William Schofield  
Position:  President, Circuit Breaker Sales

DATE

August 14, 12015